UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINA TURNER, on behalf of
herself and all others similarly situated,

Plaintiff,

v.

GLOBAL TRAVEL INTERNATIONAL, INC.,

Defendant.
_____/

Case No. 6:15-cv-00013-CEM-KRS

**CLASS ACTION**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christina Turner hereby gives notice that the above-captioned case is voluntarily dismissed without prejudice against Defendant Global Travel International, Inc.

Dated:  February 11, 2015

Respectfully submitted,

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

/s/ Jonathan B. Cohen
Jonathan B. Cohen (Florida Bar No. 0027620)
John A. Yanchunis (Florida Bar No. 324681)
Rachel Soffin (Florida Bar No. 018054)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jcohen@forthepeople.com
jyanchunis@forthepeople.com
rsoffin@forthepeople.com

1

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2015, I electronically filed a true and correct copy of Plaintiff's NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ Jonathan B. Cohen
Jonathan B. Cohen